IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Robert Jackson, | ) | C/A No. 0:19-2346-TLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Lee Corrections SCDC; Officer Sturkey; | ) | |
| Officer Smith; Lee Infirmary SCDC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, Robert Jackson, a self-represented state prisoner, filed this civil rights action. By orders filed by the magistrate judge, issued September 10, 2019 and November 12, 2019, Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF No. 7 & 14.) Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal. Plaintiff did not respond to the orders, even after he was *sua sponte* granted an extension of time to comply (ECF No. 10), and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. See Link v. Wabash R.R. Co., 370 U.S. 626 (1962). Should the Plaintiff submit fillings subsequent to the entrance of this order providing the necessary information and paperwork to comply with the September 10, 2019 and November 12, 2019 orders, they shall be forwarded to the magistrate judge for consideration of allowing the Plaintiff to proceed with this action. Should the magistrate judge recommend dismissal even in light of additional filings, the magistrate judge shall provide a Report and Recommendation to the district court for its consideration.

**IT IS SO ORDERED**.

                                                  *s/ Terry L. Wooten*
                                                  Terry L. Wooten
                                                  Senior United States District Judge

June 29, 2020
Columbia, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.