AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Robert Jackson,
*Plaintiff*
v.                                              Civil Action No.    3:19-02346-TLW

Officer Sturkey; Officer Smith; Lee Infirmary SCDC,
*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff shall take nothing of the defendants and this action is dismissed without prejudice for failure to prosecute pursuant to Rule 41 of the FRCP.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Senior United States District Judge presiding. The Court having dismissed the action pursuant to FRCP 41.

Date:   June 29, 2020                                         *CLERK OF COURT*

                                                              s/Angie Snipes
                                                     _____
                                                     *Signature of Clerk or Deputy Clerk*